No. 95–7637. MCDONALD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 516 U. S. 1179. Motion for leave to file petition for rehearing denied.

MAY 14, 1996

No. 95–638. BANKERS TRUST CO. v. PROCTER & GAMBLE CO. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.